```
 1  Ryan M. McNamara, Bar No. 223606
      rmcnamara@calljensen.com
 2  Michael S. Orr, Bar No. 196844
      msorr@calljensen.com
 3  CALL & JENSEN
    A Professional Corporation
 4  610 Newport Center Drive, Suite 700
    Newport Beach, CA  92660
 5  Tel:   (949) 717-3000
    Fax:   (949) 717-3100
 6
 7
    Attorneys for Defendants
 8  Hacienda Plaza JPS, LLC,
    Hacienda Plaza Investors, LLC, and
 9  Hacienda Plaza Princeton, LP
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nehemiah Kong,<br><br>        Plaintiff,<br><br>   vs.<br><br>Hacienda Plaza JPS, LLC, a Delaware Limited Liability Company; Hacienda Plaza Investors, LLC, a Delaware Limited Liability Company; and Hacienda Plaza Princeton, LP, a Delaware Limited Partnership; and Does 1-10,<br><br>        Defendant. | Case No.  2:18-cv-03815-DMG (SSx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>*([Proposed] Order lodged concurrently herewith)*<br><br><br>Complaint Filed:  May 8, 2018<br>Trial Date:          None Set |

IT IS HEREBY STIPULATED, by and between Plaintiff Nehemiah Kong and Defendants Hacienda Plaza JPS, LLC, Hacienda Plaza Investors, LLC, and Hacienda Plaza Princeton, LP, by and through their respective counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed in its entirety and with prejudice as to all claims and causes of action.  The parties to this Stipulation are to bear their respective costs and attorneys' fees as against each other.

Dated: September 14, 2018

CALL & JENSEN
A Professional Corporation
Ryan M. McNamara
Michael S. Orr

By: /s/ *Ryan M. McNamara*
　　Ryan M. McNamara

Attorneys for Defendants Hacienda Plaza JPS, LLC, Hacienda Plaza Investors, LLC, and Hacienda Plaza Princeton, LP

Dated: September 14, 2018

CENTER FOR DISABILITY ACCES

By: /s/ *Phyl Grace*
　　Phyl Grace, Esq.

Attorneys for Plaintiff Nehemiah Kong

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Phyl Grace, counsel for Plaintiff Nehemiah Kong, and that I have obtained Ms. Grace's authorization to affix her electronic signature to this document.

By: /s/ *Ryan M. McNamara*
　　Ryan M. McNamara