JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nehemiah Kong,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Hacienda Plaza JPS, LLC, a Delaware Limited Liability Company; Hacienda Plaza Investors, LLC, a Delaware Limited Liability Company; and Hacienda Plaza Princeton, LP, a Delaware Limited Partnership; and Does 1-10,<br><br>　　　Defendant. | Case No.: CV 18-3815-DMG (SSx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**[25]** |

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action is DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Nehemiah Kong's claims and causes of action as alleged in the above-referenced action.

2. The parties are to bear their respective costs and attorneys' fees as against each other.

**IT IS SO ORDERED.**

DATED: September 18, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE